UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD SCOTT, | ) Case No. C06-731-TSZ-JPD |
| Plaintiff, | ) |
| v. | ) ORDER DENYING PLAINTIFF'S |
| | ) MOTION FOR RECONSIDERATION |
| KING COUNTY, | ) |
| Defendant. | ) |

On July 17, 2006, the Court denied plaintiff's motion to sanction the Clerk for erroneously indicating that he needed to complete an application to proceed in forma pauperis ("IFP") form for prisoners.[1] Dkt. No. 9. The Court directed the Clerk to provide plaintiff with an IFP form for non-prisoner civil litigants and gave plaintiff until August 16, 2006, to submit the completed form. *Id*. This matter comes before the Court upon plaintiff's "renewed motion for sanctions against Clerk." Dkt. No. 11. Plaintiff argues that the Clerk is purposefully attempting to prevent him from proceeding with his suit. *Id*. The Court construes this as a motion for reconsideration. Having carefully reviewed the motion and

---

[1] Petitioner is a civil detainee held at the Special Commitment Center on McNeil Island.

ORDER
PAGE - 1

balance of the record, the Court ORDERS as follows:

(1) Plaintiff's motion for reconsideration (Dkt. No. 11) is DENIED. Motions for reconsideration are disfavored and will ordinarily be denied in the "absence of a showing of manifest error . . . or a showing of new facts or legal authority which could not have been brought to [the Court's] attention earlier without reasonable diligence." Local Rule CR 7(h). Plaintiff has failed to make such a showing in this case. His bald assertions that the Clerk is attempting to thwart his claim are without merit.

(2) The Clerk is directed to enter a copy of the order describing the special litigation procedure for plaintiff into the docket for this case. The relevant documents can be found at docket entries 30 and 76 in case number CV04-5574-RBL. The Clerk is further directed to send a copy of this order to plaintiff and to the Honorable Thomas S. Zilly.

DATED this 31st day of July, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE - 2