UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD SCOTT,

                Plaintiff,

v.

KING COUNTY,

                Defendant.

No. C06-731Z

ORDER

THIS MATTER comes before the Court on the Report and Recommendation of Magistrate Judge James P. Donohue (the "R&R"), advising that plaintiff's amended complaint should be dismissed without prejudice. Having reviewed the R&R, plaintiff's amended complaint, plaintiff's objections to the R&R, docket no. 32, and plaintiff's supplemental objections to the R&R, docket no. 33, along with the cases cited therein, and the balance of the record, the Court does hereby ORDER:

(1) The Court ADOPTS the Report and Recommendation, docket no. 31;

(2) Plaintiff's duplicative request for appointment of counsel, docket no. 32, is DENIED for the same reasons stated in Magistrate Judge Donohue's Order dated August 1, 2006 (docket no. 19);

(3) Plaintiff's amended complaint, docket no. 30, is DISMISSED without prejudice; and

ORDER  1–

(4) The Clerk is directed to send a copy of this Order to the parties and to Magistrate Judge Donohue.

IT IS SO ORDERED.

DATED this 3rd day of March, 2008.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER  2–